UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JERAL SEMIEN | CIVIL ACTION NO. 2:22-CV-03566 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| GEOVERA SPECIALTY INSURANCE CO | MAGISTRATE JUDGE KAY |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**THUS DONE AND SIGNED** in Chambers this 18th day of November, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE